# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

David Lusick,
               Appellant

      v.

Defacto Judge Pamela Pryor Cohen
Dembe et at,
               Appellees

:  No. 4 EAP 2014

## ORDER

**AND NOW**, this 12th day of March, 2015, the above captioned appeal is quashed for failure to file a brief.